RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Marcos R. Rojos-Blancas

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCOS R. ROJOS-BLANCAS,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00805-DJA<br><br>ORDER **TO CONTINUE BENCH TRIAL DATE**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Randolph J. St. Clair, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Marcos R. Rojos-Blancas, that the bench trial scheduled for April 24, 2024 at 9:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　The government provided a written plea agreement to the defense on April 19, 2024.

　　　　2.　　Defense counsel requires time to review the plea agreement with Mr. Rojos-Blancas.

3. The defendant is out of custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the third stipulation to continue filed herein.

DATED this 23rd day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MARCOS R. ROJOS-BLANCAS,<br><br>        Defendant. | Case No. 2:23-mj-00085-DJA<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The government provided a written plea agreement to the defense on April 19, 2024.

2. Defense counsel requires time to review the plea agreement with Mr. Rojos-Blancas.

3. The defendant is out of custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

### CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

### ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled for April 24, 2024, at the hour of 9:00 a.m., be vacated and continued to June 5, 2024, at 9:00 a.m., Courtroom 3A.

DATED this 23rd day of April, 2024.

DANIEL J. ALBREGTS
United States Magistrate Judge

4