RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK A. MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Marcos R. Rojos-Blancas

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-mj-00805-DJA |
| Plaintiff, | **Stipulation and Proposed Order** |
| v. | |
| Marcos R. Rojos-Blancas, | |
| Defendant. | |

 Mr. Rojos-Blancas was charged by complaint on August 31, 2023, with four counts: (1) Operating a Motor Vehicle while Under the Influence of Alcohol and Drugs (a violation of 36 C.F.R. § 4.23(a)(1)); (2) Operating a Motor Vehicle with a BAC of 0.08 Grams and Higher (a violation of 36 C.F.R. § 4.23(a)(2)); (3) Suspended Driver's License (a violation of 36 C.F.R. § 4.2(b); N.R.S. 483.560(1)); and (4) Speeding (a violation of 36 C.F.R. § 4.21(c)). (ECF No. 1.)

 Mr. Rojos-Blancas entered a plea agreement on August 7, 2024. (ECF No. 18.) Under that agreement, Mr. Rojos-Blancas pleaded guilty to Count One. (*Id*.) Counts Two, Three, and Four were dismissed. (*Id*.) Mr. Rojos-Blancas was sentenced on Count One as follows: "Defendant is sentenced to one year unsupervised probation;

1  $500.00 fine and $10.00 penalty assessment; attend and complete lower court DUI
2  course and victim impact panel; complete eight (8) hours online alcohol awareness
3  course; and restricted from Lake Mead National Recreational Area for six months.
4  Should the defendant complete his obligations within the first six months of his
5  unsupervised probation, the court will allow the defendant to withdraw his guilty
6  plea to count one and the government will move to amend count one to reckless
7  driving, see plea agreement." (*Id.*)

8  Mr. Rojos-Blancas now has completed the special conditions of his
9  unsupervised probation. Accordingly, the parties agree that Count One should be
10 amended to Reckless Driving, and the status conference set for February 14, 2025 at
11 11:30 AM should be vacated.

12  Dated: January 22, 2025

Respectfully submitted,

Rene L. Valladares                  Sue Fahami
Federal Public Defender             Acting United States Attorney

*/s/ Rick A. Mula*                  */s/ Skyler H. Pearson*
Rick A. Mula                        Skyler H. Pearson
Assistant Federal Public Defender   Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Marcos R. Rojos-Blancas,<br><br>　　　　　Defendant. | Case No. 2:23-mj-00805-DJA<br><br>**Order** |

　　　　The Court finds that Mr. Rojos-Blancas has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

　　　　IT IS THEREFORE ORDERED that Mr. Rojos-Blancas is permitted to withdraw his guilty plea to Count One: Operating a Motor Vehicle Under the Influence.

　　　　IT IS FURTHER ORDERED that the Court, consistent with the plea agreement and sentence, enters a plea of guilty to Amended Count One: Reckless Driving.

　　　　IT IS FURTHER ORDERED that the status conference set for February 14, 2025 at 11:30 AM is vacated.

　　　　DATED this 22nd day of January, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE